Lawrence M. Rolnick
Richard A. Bodnar
Frank T.M. Catalina
ROLNICK KRAMER SADIGHI LLP
PENN 1, Suite 3401
One Pennsylvania Plaza
New York, New York 10119
Tel.: 212.597.2800
Fax: 212.597.2801
Email: lrolnick@rksllp.com
rbodnar@rksllp.com
fcatalina@rksllp.com

*Counsel for Elafonissos Shipping Corporation*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>ELETSON HOLDINGS INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 23-10322 (JPM)<br><br>(Jointly Administered) |

**NOTICE OF APPEAL**

1.  Elafonissos Shipping Corporation, ("Elafonissos"), a minority shareholder of Eletson Holdings Inc., by and through its undersigned counsel, hereby appeals to the United States District Court for the Southern District of New York, pursuant to 28 U.S.C. § 15(a) and Rules 8001 *et seq*. of the Federal Rules of Bankruptcy Procedure, from each and every part of the United States Bankruptcy Court for the Southern District of New York's July 7, 2025 order [Dkt. No. 1714] and the July 2, 2025 oral decision incorporated therein. A copy of the July 7, 2025 order and July 2, 2025 oral decision are attached hereto as **Exhibits A and B**.

---

[1] The Debtors in these chapter 11 cases are: Eletson Holdings Inc., Eletson Finance (US) LLC, and Agathonissos Finance LLC.

2. The names of the parties to the rulings appealed from and the names, addresses, and telephone numbers of their respective attorneys are:

**Appellants**

Elafonissos Shipping Corporation (counsel listed below):

Lawrence M. Rolnick
Richard A. Bodnar
Frank T.M. Catalina
ROLNICK KRAMER SADIGHI LLP
PENN 1, Suite 3401
One Pennsylvania Plaza
New York, New York 10119
Tel.: 212.597.2800
lrolnick@rksllp.com
rbodnar@rksllp.com
fcatalina@rksllp.com

**Appellees**

Reorganized Eletson Holdings, Inc. (counsel listed below):

Kyle J. Ortiz
Brian F. Shaughnessy
HERBERT SMITH FREEHILLS KRAMER (US) LLP
1177 Avenue of the Americas
New York, New York 10036
Tel.: 212.715.9100
kyle.ortiz@hsfkramer.com
brian.shaughnessy@hsfkramer.com

**Other Parties**

Provisional Board of Eletson Holdings Inc. (counsel listed below):

Louis M. Solomon
REED SMITH LLP
599 Lexington Avenue
New York, NY 10022
Tel.: 212.251-5400
lsolomon@reedsmith.com

Michael S. Lazaroff
RIMÔN, P.C.
400 Madison Ave, Suite 11D
New York, NY 10017
Tel.: 646.738.4151
Michael.lazaroff@rimonlaw.com

Reed Smith LLP (counsel listed below):

Louis M. Solomon
REED SMITH LLP
599 Lexington Avenue
New York, NY 10022
Tel.: 212.251-5400
lsolomon@reedsmith.com

Official Committee of Unsecured Creditors (counsel listed below):

Stephen D. Zide
David A. Herman
Karli K. Wade
DECHERT LLP
1095 Avenue of the Americas
New York, NY 10036
Tel.: 212.698.3500
Stephen.zide@dechert.com
David.herman@dechert.com

Wilmington Savings Fund Society, FSB, as Indenture Trustee (counsel listed below):

Tina N. Moss
PERKINS COLE LLP
1155 Avenue of the Americas, 22nd Floor
New York, NY 10036
Tel.: 212.262.6900
tmoss@perkinscole.com

Jackson Walker LLP and Royston, Razor, Vickery & Williams, LLP (counsel listed below):

Andrew Behlman
Michael S. Etkin
LOWENSTEIN SANDLER LLP
One Lowenstein Drive
Roseland, NJ 07068
Tel.: 973-597-2500
abehlmann@lowenstein.com
metkin@lowenstein.com

United States Trustee (counsel listed below):

Daniel Rudewicz
UNITED STATES DEPARTMENT OF JUSTICE
One Bowling Green, Suite 534
New York, NY 10707
Tel.: 212.510.0500

Dated: July 16, 2025
New York, New York

Respectfully submitted,

*/s/ Lawrence M. Rolnick*
Lawrence M. Rolnick
Richard A. Bodnar
Frank T.M. Catalina
Rolnick Kramer Sadighi LLP
PENN 1, Suite 3401
One Pennsylvania Plaza
New York, New York 10119
Tel.: 212.597.2800
lrolnick@rksllp.com
rbodnar@rksllp.com
fcatalina@rksllp.com

*Counsel for Elafonissos Shipping Corporation*