UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 04/29/2026

IN RE ELETSON HOLDINGS INC.

:
:
:
:
:
:
:
:
:
:
:
:
:

------------------------------------------------------------------------X

25-cv-6316 (LJL)
25-cv-6716 (LJL)
25-cv-7593 (LJL)
25-cv-10604 (LJL)
25-cv-6240 (LJL)
25-cv-6220 (LJL)
25-cv-6316 (LJL)
25-cv-6182 (LJL)
25-cv-6716 (LJL)
25-cv-7593 (LJL)

<u>ORDER</u>

LEWIS J. LIMAN, United States District Judge:

In each of the above listed matters, Appellant "Provisional Eletson Holdings" has appealed a ruling of the Bankruptcy Court for the Southern District of New York arising out of *In re Eletson Holdings*, Dkt. No. 23-Br-10322 (Bankr. S.D.N.Y. Filed Mar. 7, 2023). In each, it has not filed any briefs.

The Federal Rules of Bankruptcy Procedure provides that "an appellant must serve and file a brief within 30 days after the docketing of notice that the record has been sent or that it is available electronically." Fed. R. Bankr. P. 8018(a)(1). When "an appellant fails to file a brief on time . . . , the district court or [Bankruptcy Appellate Panel] may—on its own after notice or on the appellee's motion—dismiss the appeal." Fed. R. Bankr. P. 8018(a)(4). Relatedly, Rule 8003(a)(2) authorizes a district court to "act as it considers appropriate, including dismissing the appeal," where an appellant "fail[s] to take any step other than the timely filing [of] a notice of

appeal." Fed. R. Bankr. P. 8003(a)(2).  "The time limitations imposed by [the Bankruptcy Rules] are not jurisdictional, and hence the district court is not required ... to dismiss the appeal of a party who has failed to meet those deadlines." *In re Berlin & Denmar Distribs., Inc.*, 2014 WL 4354748, at *1 (S.D.N.Y. Sept. 2, 2014) (quoting *In re Tampa Chain Co., Inc.*, 835 F.2d 54, 55 (2d Cir. 1987)).

Appellant is accordingly ordered to show cause in each of the above listed matters by May 8, 2026, why the Court should not dismiss the appeal for failure to file any brief.

SO ORDERED.

Dated: April 29, 2026
     New York, New York

                                    LEWIS J. LIMAN
                              United States District Judge

2