UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
:
:
:
:
:
:
In re Eletson Holdings, Inc.                                         :
:
:
:
:
:
:
:
:
---------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/03/2026

25-cv-6182 (LJL)
25-cv-6240 (LJL)


ORDER

LEWIS J. LIMAN, United States District Judge:

The above-captioned bankruptcy appeals involve common questions of law and fact.  For

convenience, expedition, and judicial economy, and noting that the parties agree that the two

appeals should be consolidated, the Court exercises its discretion to consolidate these cases into a

single action.  *See* Federal Rule of Civil Procedure 42(a)(2); Fed. R. Bankr. P. 8003(b)(2)

("[w]hen parties have separately filed timely notices of appeal, the district court . . . may join or

consolidate the appeals."); *see also In re Purdue Pharma L.P.*, 2026 WL 1034113, at *4

(S.D.N.Y. Apr. 16, 2026).

The Clerk of Court is directed to consolidate all cases listed above under case number

25-cv-6182, and to close all other cases. **Counsel are directed to make filings only under case**

**number 25-cv-6182.**

SO ORDERED.

Dated: June 3, 2026
      New York, New York                    _____
                                                    LEWIS J. LIMAN
                                              United States District Judge